**Walter WHITE, Plaintiff—Appellant,**

v.

**Warden Joyce FRANCIS, Defendant—Appellee.**

No. 07–7408.

United States Court of Appeals, Fourth Circuit.

Submitted: March 27, 2008.

Decided: April 2, 2008.

Walter White, Appellant Pro Se.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter White appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we deny the motion to appoint counsel and affirm for the reasons stated by the district court. *White v. Francis,* No. 5:06–cv–00166–FPS, 2007 WL 2110345 (N.D. W.Va. July 18, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*